David Abrams, Attorney at Law
299 Broadway, Suite 1700
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Eastern District of New York

Fausto Fernandez,

                Plaintiff,

   - against -

On Time Ready Mix Inc.

                Defendant.

No. 14cv4306(BMC)

**Declaration of Fernandez**

1.     I am the plaintiff in the above-referenced matter. I hereby declare under penalty of perjury that the following statements are true to the best of my knowledge.

2. I was employed by the Defendant (a concrete company) as a driver for approximately 1 1/2 years.

3. My rate of pay was approximate $20 per hour.

4. During many of the weeks I worked for the Defendant, I worked more than 40 hours per week

5. For example, I often worked extra shifts on Saturdays for which I was paid "straight time".

6. In addition, I was not paid at all for certain preliminary work at the beginning of shifts, such as inspecting and preparing the truck to which I was assigned.

6a. In addition Defendant did not start paying overtime until 5 p.m. on Saturdays regardless of start time.

7. The result of these practices is that regardless of start time.

I ended up working many overtime hours (i.e hours over 40 in a week) for which I did not receive time and a half.

8. I should note that I was advised not to punch in for the weekend work.

9. These practices were common to all of the drivers employed by the Defendant

10. I know this based on conversations with co-workers and also I ~~was~~ because the Defendant's practices, such as not punching in on Saturdays, were ~~[struck out]~~ discussed with Defendant's dispatchers while other drivers were present.

11. I declare under penalty of perjury that the foregoing is true and correct.

_Fausto Fernandez_

September 14, 2014
Queens, New York.